Eastern District of Kentucky
F I L E D

JUN 1  2005

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

Ali Hadi Sawaf
CJ-LAUREL
206 W. Fourth Street
Laurel County Detention Center
London, KY 40741

6:01-cv-00093-KKC

------------------------

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

**Eastern District of Kentucky**
**FILED**

MAY 2 6 2005

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| ALI HADI SAWAF, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 01-93-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| DRUG ENFORCEMENT AGENCY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

The Court having been notified that the mandate has now issued in London Criminal

Action No. 6: 01-47-KKC, and this civil action being a related case, the above-styled matter is

**TRANSFERRED** to the docket of the Honorable Karen K. Caldwell, United States District

Judge for the Eastern District of Kentucky, for all further proceedings.

This 26th day of May, 2005.



Signed By:

*Danny C. Reeves*  DCR

**United States District Judge**

-1-

28

## Other Orders/Judgments
6:01-cv-00093-DCR Sawaf v. DEA

### U.S. District Court

### Eastern District of Kentucky

Notice of Electronic Filing

The following transaction was received from Brock, Jacqueline entered on 5/26/2005 at 10:07 AM EST and
filed on 5/26/2005
**Case Name:**         Sawaf v. DEA
**Case Number:**      6:01-cv-93
**Filer:**
**Document Number:** 28

**Docket Text:**
ORDER REASSIGNING CASE. Ct having been notified that mandate has now issued in London Criminal No.
6:01-47-KKC, and this civil action being a related case, matter is TRANSFERRED to docket of Hon. Karen K.
Caldwell, for all further proceedings. Case reassigned to Judge Karen K. Caldwell for all further proceedings.
Judge Danny C. Reeves no longer assigned to case. Signed by Judge Danny C. Reeves. (JMB)cc: COR

The following document(s) are associated with this transaction:


**6:01-cv-93 Notice will be electronically mailed to:**

David Y. Olinger , Jr    David.Olinger@usdoj.gov,
Meg.Moseley@usdoj.gov;Sue.Thornton@usdoj.gov;kyelexecf.criminal@usdoj.gov

**6:01-cv-93 Notice will be delivered by other means to:**

Ali Hadi Sawaf
CJ-LAUREL
206 W. Fourth Street
Laurel County Detention Center
London, KY 40741



Clerk, United States District Court
Eastern District of Kentucky
310 South Main Street
P.O. Box 5121
London, KY 40745-5121

OFFICIAL BUSINESS

INMATE
NO LONGER HERE
RETURN TO SENDER



U.S. POSTAGE